UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                Plaintiff,<br><br>       v.<br><br>MCMAHAN KAYS, LLC,<br><br>                Defendant. | No. 2:14-cv-1111 KJM KJN<br><br><br>ORDER |

Plaintiff is directed to show cause within fourteen days of the date of this order why this action should not be dismissed for plaintiff's failure timely to serve defendant. FED. R. CIV. P. 4(m).

IT IS SO ORDERED

DATED: September 26, 2014.

_____
UNITED STATES DISTRICT JUDGE

1